■ CHERYL A. LESTER, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 86426.) [696 NYS2d 721] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, McNamara, J. (Appeal from Judgment of Court of Claims, McNamara, J.—Dismiss Claim.) Present— Lawton, J. P., Hayes, Wisner, Pigott, Jr., and Balio, JJ.

■ In the Matter of DANIEL J. FARRELL et al., Respondents, v JAMES R. JOHNSON et al., Constituting ZONING BOARD OF APPEALS OF TOWN OF KIANTONE, Respondents, and SYGNET COMMUNICATIONS, INC., Intervenor Appellant. [695 NYS2d 814] —Order unanimously affirmed with costs. Memorandum: Supreme Court did not abuse its discretion in allowing petitioners to submit a proposed order two days after expiration of the 60-day period set forth in 22 NYCRR 202.48. There is no evidence that petitioners intended to abandon the proceeding; the period of delay was brief and petitioners established that it would be inequitable to bar the late settlement of the proposed order (see, Matter of Village of Attica v Nutty, 184 AD2d 1057; see also, Oliva v Lucero, 212 AD2d 407, 408). (Appeal from Order of Supreme Court, Chautauqua County, Ward, J.—Submission of Order.) Present—Lawton, J. P., Hayes, Wisner and Balio, JJ.